EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Medidas Especiales para la<br>    Extensión de Términos | 2004 TSPR 44<br><br>161 DPR \_\_\_\_ |

Número del Caso: EN-2004-1

Fecha: 31 de marzo de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para la
Extensión de Términos

EN-2004-1

RESOLUCIÓN

San Juan, Puerto Rico, a 31 de marzo de 2004

La Jueza Presidenta, Hon. Miriam Naveira Merly, concedió libre a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones, el 8 de abril de 2004, día en que tradicionalmente se conmemora el Jueves Santo. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará como si fuera un día feriado. Cualquier término a vencer ese día se extenderá hasta el lunes, 12 de abril de 2004.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo